# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 146 White Street, Danbury, CT 06810 | (203) 207-8600 | October 20, 2020 |

| ☒ Judicial District    ☐ G.A. | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|
| ☐ Housing Session    Number: | Danbury | Major: T    Minor: 12 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Alan Barry & Associates, LLC | 423851 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| (203) 797-9600 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.    ☐ Yes  ☒ No

Email address for delivery of papers under Section 10-13 (if agreed to)

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Kimmey, Geneci<br>Address: 71 Knollwood Drive, Bethel, CT 06801 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Costco Wholesale Corporation, 999 Lake Drive, Issaquah, WA 98027<br>Address: c/o Agent for Service: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108-3408 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>Benjamin Teicher, Esq. | Date signed<br>09/17/2020 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | | |
|---|---|---|
| **RETURN DATE:** OCTOBER 20, 2020 | : | **SUPERIOR COURT** |
| **GENECI KIMMEY,** Plaintiff | : | **JD OF DANBURY** |
| v. | : | **AT DANBURY** |
| **COSTCO WHOLESALE CORPORATION,** Defendant | : | **SEPTEMBER 17, 2020** |

## COMPLAINT

Count One – (v. Costco Wholesale Corporation)

1. The Plaintiff, GENECI KIMMEY, is an individual residing in the Town of Bethel, County of Fairfield, State of Connecticut.

2. At all times mentioned herein, the Defendant, COSTCO WHOLESALE CORPORATION (hereafter "COSTCO"), is a foreign corporation authorized to transact business in the State of Connecticut, and at all times relevant to this Complaint, did in fact transact business in the State of Connecticut.

3. At all times relevant to this Complaint, the Defendant, COSTCO, maintained, controlled, and/or operated the Costco store, located at 200 Federal Road, Brookfield, Connecticut, at which location the events giving rise to this action occurred.

4. On or about October 10, 2019, the Plaintiff, GENECI KIMMEY, was a business invitee of the Defendant, COSTCO.

5. At said time and place, the Plaintiff, GENECI KIMMEY, entered the Defendant's store and walked towards the area where shopping carts are kept for customers to retrieve inside the store's entrance. Before reaching the shopping carts, the Plaintiff, GENECI KIMMEY, slipped and fell in a puddle of water that had accumulated on the concrete floor in front of the cart retrieval.

6. The Plaintiff's fall and resulting injuries and losses were directly and proximately caused by the negligence of the Defendant, COSTCO, its agents, servants, and/or employees, in one or more of the following ways, in that it:

    a. allowed a dangerous condition to exist at its business, specifically, a puddle of water in front of the cart retrieval area, under circumstances where the Defendant, COSTCO, knew, or should have known, that this condition would create an unreasonable risk of harm to invitees such as the Plaintiff;

    b. failed to maintain the cart retrieval area where the Plaintiff fell in a safe condition, even though it had a duty to do so.

    c. failed to warn the Plaintiff or other invitees that the floor was dangerously slippery due to a puddle of water;

    d. failed to properly inspect the premises to determine whether any dangerous conditions existed;

    e. failed to take proper steps to remove, correct and/or remedy the existence of the dangerous condition near the front entrance, where it was reasonably

foreseeable that harm to invitees such as the Plaintiff would result from such condition, and where the Defendant, COSTCO, knew or should have known that such harm would occur.

7. As a result of the acts, errors, and omissions of the Defendant, COSTCO, the Plaintiff sustained and continues to suffer from severe and painful injuries. These injuries include, but are not limited to: (1) Contusion of left hip, (2) Contusion of left shoulder, (3) Rotator cuff syndrome and allied disorders, (4) Acute tear of supraspinatus tendon in left shoulder; and, (5) pain and suffering.

8. The Plaintiff, GENECI KIMMEY, has incurred expenses for medical care and treatment, diagnostic testing, prescribed medications, x-rays, and physical therapy.

9. As a result of her injuries, the Plaintiff, GENECI KIMMEY, has been impaired in her ability to carry on and enjoy life's activities to her fullest capability.

WHEREFORE, Plaintiff claims:
1. Damages, and;
2. All other relief the court deems appropriate.

Dated at Danbury, Connecticut, this 17th day of September, 2020.

                THE PLAINTIFF,
                GENECI KIMMEY

By: _____
      Benjamin Teicher, Esq.
      Alan Barry & Associates, L.L.C.
      5 Shelter Rock Road
      Danbury, CT  06810
      (203) 797-9600
      Juris No. 423851

| | | |
|---|---|---|
| RETURN DATE: OCTOBER 20, 2020 | : | SUPERIOR COURT |
| GENECI KIMMEY,<br>Plaintiff | : | JD OF DANBURY |
| v. | : | AT DANBURY |
| COSTCO WHOLESALE CORPORATION,<br>Defendant | : | SEPTEMBER 17, 2020 |

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff in the above captioned matter states that the amount in the demand is more than $15,000.00, exclusive of costs and interest.

                                                      THE PLAINTIFF,
                                                      GENECI KIMMEY

By: _____
       Benjamin Teicher, Esq.
       Alan Barry & Associates, L.L.C.
       5 Shelter Rock Road
       Danbury, CT 06810
       (203) 797-9600
       Juris No. 423851